# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1488     **Short Title:** Mongue v the Wheatleigh Corp. et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Wheatleigh Corporation; L. Linfield Simon; Susan Simon; Marc Wilhelm     as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)        [ ] intervenor(s)

/s/ Sydney Cramer
Signature

March 11, 2025
Date

Sydney Cramer
Name

Goulston & Storrs
Firm Name (if applicable)

617 574 0504
Telephone Number

One Post Office Square
Address

617 574 4112
Fax Number

Boston, MA  02109
City, State, Zip Code

scramer@goulstonstorrs.com
Email (required)

Court of Appeals Bar Number: 1215759

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

=============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).